# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIC P. FIEDLER, M.D.,** : | **CIVIL ACTION NO. 1:13-CV-2737** |
| : | |
| **Plaintiffs,** : | **(Chief Judge Conner)** |
| : | |
| v. : | |
| : | |
| **SHADY GROVE REPRODUCTIVE** : | |
| **SCIENCE CENTER, P.C., t/a** : | |
| **SHADY GROVE FERTILITY** : | |
| **CENTERS,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## **ORDER**

AND NOW, this 16th day of July, 2014, upon consideration of the motion (Doc. 23) of defendants Shady Grove Reproductive Science Center, P.C., ("SG Science Center") and Shady Grove Fertility Center of Pennsylvania, PLLC, ("SG Fertility Center"), to dismiss the complaint (Doc. 20) of plaintiff Eric P. Fiedler, M.D., which seeks relief in equity against Shady Grove for fraudulent or intentional misrepresentation and defamation, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 23) is GRANTED.

2. Count I of plaintiff's complaint (Doc. 20) is deemed WITHDRAWN.

3. Count II of plaintiff's complaint (Doc. 20) is DISMISSED without prejudice.

4. Plaintiff is granted leave to amend Count II within twenty (20) days of the date of this order. If plaintiff fails to file an amended pleading within that time, Count II shall be dismissed with prejudice and the Clerk of Court will be directed to close this case.

       /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania