IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC P. FIEDLER, M.D.,** | : | CIVIL ACTION NO. 1:13-CV-2737 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **SHADY GROVE REPRODUCTIVE SCIENCE CENTER, P.C., t/a SHADY GROVE FERTILITY CENTERS,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 3rd day of March, 2015, upon consideration of the motion (Doc. 33) filed by Shady Grove Reproductive Sciences Center, P.C., t/a Shady Grove Fertility Centers and Shady Grove Fertility Center of Pennsylvania, (collectively, "Shady Grove"), seeking dismissal of plaintiff's amended complaint (Doc. 29) for failure to state a claim upon which relief may be granted, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 33) is GRANTED.

2. Plaintiff's amended complaint (Doc. 29) is DISMISSED.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania